IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

v.

**RAMON THOMAS,**

 **Defendant.**            **Case No. 10-cr-30063-1-DRH**

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is Defendant's Motion to Continue Sentencing (Doc. 31), currently set for December 20, 2010, for a period of not less than sixty (60) days. Defendant explains he has not yet had the opportunity to review his Presentence Investigation Report ("PSR") with his counsel. In addition, Defendant was recently indicted in a separate case, Case No. 10-cr-30210, in this District, for his failure to appear in Court while on supervised release awaiting sentencing in this case. Anticipating that it is likely this case and Case No. 10-cr-30210 will be consolidated for sentencing, Defendant states that a continuance would be in the interest of judicial economy and allow him "to better assess his status with respect to his ultimate sentence." Further, Defendant's current counsel's last day of working for the Office of the Federal Public Defender will be January 20, 2010 and so

Defendant will be assigned new counsel, who will then need additional time to become familiar with the case and prepare for sentencing. Lastly, the Motion states that the Government does not object to this continuance request.

For good cause shown, the Motion for Continuance (Doc. 31) is **GRANTED**. Accordingly, sentencing in this matter will be continued to **Friday, February 18, 2011** at **10:00 a.m.**

**IT IS SO ORDERED**.

Signed this 16th day of December, 2010.

David R. Herndon
2010.12.16
15:04:07 -06'00'

**Chief Judge**
**United States District Court**